1  Laurence M. Rosen, Esq. (SBN 219683)
   **THE ROSEN LAW FIRM, P.A.**
2  355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
   Telephone: (213) 785-2610
4  Facsimile: (213) 226-4684
   Email: lrosen@rosenlegal.com
5
   *Counsel for Plaintiff*
6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| BRIAN D. COLLINS, Individually and on behalf of all others similarly situated, | Case No. 3:22-cv-00851-CRB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| DOCUSIGN, INC., DANIEL D. SPRINGER, MICHAEL J. SHERIDAN, and CYNTHIA GAYLOR, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brian D. Collins, individually and on behalf of all other persons similarly situated, hereby voluntarily dismisses this action in its entirety as to all defendants without prejudice. No defendant has filed an answer or a motion for summary judgment. This dismissal, without prejudice, does not compromise any party's rights with respect to the claims and defenses at issue in this action. The Court has neither certified nor refused to certify a class. Plaintiff and his attorneys neither sought nor received any consideration.

Additionally, the claims asserted in the above-captioned action are being prosecuted in a substantially similar action pending in this Court styled as *Weston v. DocuSign, Inc., et al.*, Case No. 3:22-cv-00824-WHO (N.D.Cal.).

| | | |
|---|---|---|
| 1 | Dated: February 14, 2022 | Respectfully submitted, |
| 2 | | **THE ROSEN LAW FIRM, P.A.** |
| 3 | | /s/Laurence M. Rosen |
| 4 | | Laurence M. Rosen, Esq. (SBN 219683) |
| 5 | | 355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071 |
| 6 | | Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684 |
| 7 | | Email: lrosen@rosenlegal.com |
| 8 | | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 14, 2022, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 14, 2022            /s/Laurence M. Rosen
                                          Laurence M. Rosen